MARTHA C. CALLAGHAN et al., Appellants, *v.* ADELIA M. CORBIN, Respondent.

(Submitted March 23, 1931; decided March 31, 1931.)

Motion to amend remittitur denied. (See 255 N. Y. 401.)

MOJAC FINANCE Co., INC., Respondent, *v.* WATERSIDE HOLDING CORPORATION et al., Defendants, and THE CONTINENTAL INSURANCE COMPANY, Appellant.

(Submitted March 23, 1931; decided March 31, 1931.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 255 N. Y. 639.)